THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE MACHINISTS PENSION TRUST, | CASE NO. C17-1122-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| GILLIS AUTO CENTER, INC., and DOES 1-25, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court after it was provided telephonic notice by Plaintiff's counsel that the parties have settled this lawsuit. The parties are ORDERED to file a notice of settlement with the Clerk of Court within 21 days.

DATED this 28th day of September 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk